UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KUYKENDALL,

                        Plaintiff,

        -against-

BANKRS HEALTHCARE GROUP LLC et al.,

                    Defendants.

24-CV-3694 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

This case was removed to federal court by TD Bank USA on May 14, 2024, with the notice of removal filed on the same date. Dkt. 1. Plaintiff has yet to enter an appearance in this matter.

By August 30, 2024, Defendant TD Bank is ordered to file proof on the docket that it has complied with 28 U.S.C. § 1446(d) and provided notice to the state court.

By August 30, 2024, Defendant TD Bank should also provide any authority that proceeding with a motion to dismiss is procedurally proper when the plaintiff in a removed case has yet to enter an appearance.

TD Bank should serve this order, along with all future filings contemplated by this Order, on plaintiff Michael Kuykendall and all other defendants in this case within 48 hours of their filing.

SO ORDERED.

Dated: August 20, 2024
      New York, New York

ARUN SUBRAMANIAN
United States District Judge