UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KUYKENDALL,<br><br>        Plaintiff,<br><br>  -against-<br><br>BANKRS HEALTHCARE GROUP LLC et al.,<br><br>        Defendants. | 24-cv-3694 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff is hereby ORDERED to respond to Defendant T.D. Bank's motion to dismiss by Thursday, September 26, 2024. Defendant's reply is due Thursday, October 3, 2024. T.D. Bank must serve this order on Plaintiff and file proof of service on the docket.

  SO ORDERED.

Dated: September 3, 2024
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge