UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL KUYKENDALL,

                         Plaintiff,

           -against-

TD BANK USA, N.A.,

                      Defendant.

24-cv-3694 (AS)

<u>ORDER</u>

---

ARUN SUBRAMANIAN, United States District Judge:

       This case was removed from state court on May 14, 2024. Dkt. 1. Plaintiff has yet to enter an appearance or respond to defendant's motion to dismiss. If plaintiff does not enter an appearance by October 31, 2024, and file a letter indicating that he plans to proceed with this case, it will be dismissed for failure to prosecute.

       SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                  United States District Judge